UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Homer Aki Mathis,

               Plaintiff(s),

-v-

Luis Marshall,

               Defendant(s).
-------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 3991 (LTS)(FM)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

\_\_\_ Settlement* (Principals to participate as required by Magistrate Judge)

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:\_\_\_

**_X_** Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:\_\_\_

All such motions: \_\_\_

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               July 16, 2008

LAURA TAYLOR SWAIN
United States District Judge