USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HOMER AKI MATHIS,                              :

                 Petitioner,          :      **ORDER**

    - against -                                 :      08 Civ. 3991 (LTS)(FM)

LUIS R. MARSHALL,                              :

                 Respondent.         :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Petitioner Homer Aki Mathis ("Mathis") commenced this pro se habeas proceeding on April 29, 2008. (Docket No. 2). By order dated August 7, 2008, I directed the respondent to file and serve its answer on or before November 10, 2008. (Docket No. 7).

        On August 11, 2008, Mathis filed a motion to hold his petition in abeyance because he intends to move in state court to vacate his judgment of conviction pursuant to Section 440.10 of the New York Criminal Procedure Law based on ineffective assistance of appellate counsel and newly discovered evidence. (Docket No. 8).

        In Zarvela v. Artuz, 254 F.3d 374, 381 (2d Cir. 2001), the Second Circuit cautioned that a stay should be limited in time, with the petitioner ordinarily granted thirty days to initiate exhaustion and an additional thirty days to return to this Court once his claims are fully exhausted. Accordingly, Mathis' motion is granted on two conditions:

first, Mathis must file his Section 440.10 motion in state court within thirty days; second, he must return to this Court within thirty days after he has exhausted his state court remedies with respect to that motion.

SO ORDERED.

Dated:   New York, New York
         September 2, 2008

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Laura Taylor Swain
United States District Judge

Homer Aki Mathis (No. 04-A-3627)
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562

Office of the District Attorney
       of the State of New York
One Hogan Place
New York, New York 10013